**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

| | |
|---|---|
| ANTHONY C. STARK, Register No. 155115, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-4277-CV-C-NKL |
| ) | |
| DEPUTY SIMMS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On January 4, 2007, the United States Magistrate Judge recommended dismissing plaintiff's claims against Sheriff John Page and Camden County, Missouri. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of January 4, 2007, is adopted. [7] It is further

ORDERED that plaintiff's claims against Sheriff John Page and Camden County, Missouri, are dismissed, pursuant to 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted.

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: January 26, 2007
Jefferson City, Missouri