IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

ANTHONY C. STARK, Register No. 155115, )
)
                Plaintiff, )
)
                v. )   No. 06-4277-CV-C-NKL
)
CHARLES A. MANES, et al., )
)
                Defendants. )

## ORDER

On March 5, 2008, United States Magistrate Judge William A. Knox recommended dismissing plaintiff's claims against defendant Bart Simms. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of March 5, 2008, is adopted. [32] It is further

ORDERED that defendant Bart Simms' motion of December 3, 2007, for summary judgment is granted and all claims against defendant Simms are dismissed. [25]

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: April 9, 2008
Jefferson City, Missouri